883 A.2d 1046

IN THE MATTER OF H. ALTON NEFF, AN ATTORNEY
AT LAW (ATTORNEY NO. 241031967).

October 19, 2005.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB–05–124, concluding that **H. ALTON NEFF** of **BRICK**, who was admitted to the bar of this State in 1967, should be censured for violating *RPC* 3.2 (failure to treat with courtesy and consideration all persons involved in the legal process) and *RPC* 3.4(g) (presenting or threatening to present criminal charges to obtain an improper advantage in a civil matter), and good cause appearing;

It is ORDERED that **H. ALTON NEFF** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.